McGREGOR W. SCOTT
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEMETRIA LEE FORD BRANCH,<br><br>Defendant. | CASE NO. 2:02-CR-00241-MCE<br><br>MOTION REGARDING RESTITUTION AND CORRECTION TO JUDGMENT AND ORDER |

The United States, by and through its counsel, Assistant United States Attorney Michele Beckwith, hereby moves to correct a clerical error concerning restitution in the judgment and commitment entered against defendant Demetria Lee Ford Branch.

Defendant Demetria Lee Ford Branch was sentenced by the Honorable Morrison C. England, Jr. on July 29, 2003, following a plea of guilty to one count of 18 U.S.C. § 1341 Mail Fraud. The judgment and commitment orders the defendant to pay $31,215.52 in restitution, which accords with the amount pronounced during the judgment and sentencing proceeding. However, the judgment includes a list of victims and restitution amounts, which, when totaled add up to $31,225.52 (i.e., $10 more than was ordered). The government moves to correct the judgment in order to make the total amount of restitution for each victim, when totaled, identical to the total amount of restitution ordered at the hearing and in the judgment. This can be accomplished by reducing the amount of restitution for each victim by $0.40. Thus, the government asks for the judgment to be corrected to reflect the following individual amounts owed to each victim:

1

| | **Restitution Recipient Amount** | **Amount** |
|---|---|---|
| 1 | AJ Prindle<br>41001 Grand River Avenue, Suite 200<br>Novi, Michigan 48375<br>Attn: Gretchen | $1,010.45 |
| 2 | City Spirit<br>Post Office Box 4190<br>Hazelwood, Missouri 63042<br>Attn: Accounting Department | $268.60 |
| 3 | QVC Credit Card Department<br>Attn: Karen Bullock<br>1365 Enterprise Drive<br>West Chester, Pennsylvania 19475 | $218.60 |
| 4 | Amazon.com<br>Attn: Fraud Department<br>Post Office Box 81226<br>Seattle, Washington 98108 | $828.06 |
| 5 | Metro 1 Credit Union<br>Post Office Box 3008<br>Concord, California 94522<br>Attn: Margee Halligan | $1,472.72 |
| 6 | Journeys<br>Attn: Customer Service<br>1415 Murfreesboro Road, Suite 550<br>Nashville, Tennessee 37217 | $193.56 |
| 7 | Victoria Secret<br>Attn: Collections Department<br>Post Office Box 16588<br>Columbus, Ohio 43212 | $226.36 |
| 8 | Fredericks of Hollywood<br>Post Office Box2949<br>Phoenix, Arizona 85062-2949 | $394.63 |
| 9 | Ritzcamera.com<br>Post Office Box 19705, Suite 400<br>Irvine, California 92614 | $569.58 |
| 10 | DVD Empire<br>2140 Woodland Road<br>Warrendale, Pennsylvania 15086 | $337.60 |
| 11 | Baby Universe<br>316 N.E. 46 Street, Suite 200<br>Fort Lauderdale, Florida 3330L<br>Reference #79088, Attn: Lisa | $526.51 |
| 12 | East Bay<br>Post Office Box 8066<br>Wausau, Wisconsin 54402-8066<br>Attn: Diane- Accounting | $4,516.67 |
| 13 | Gap, Inc. Direct/Banana Republic<br>Attn: Jerett Sauer<br>5900 North Meadows Drive<br>Grove City, Ohio 43123 | $2,971.60 |

| 14 | Spiegel Corporation<br>Security and Loss Prevention Restitution Unit<br>3500 Lacey Road<br>Downers Grove, Illinois 60515 | $1,769.60 |
|---|---|---|
| 15 | Nine West<br>180 Rittenhouse Circle<br>Bristol, Pennsylvania 19007<br>Attn: Loss Prevention | $437.62 |
| 16 | Telechek | $3,776.18 |
| 17 | BMG Music<br>Post Office Box 91147<br>Indianapolis, Indiana 46291 | $406.55 |
| 18 | Columbia House | $577.60 |
| 19 | Shop at Home | $6,698.82 |
| 20 | Harris Communication | $148.20 |
| 21 | Macy's | $249.06 |
| 22 | Saks Fifth Avenue | $1,457.56 |
| 23 | United Airlines | $749.60 |
| 24 | Travis Credit Union | $197.24 |
| 25 | J. Crew | $1,212.55 |
| | **Total** | **$31,215.52** |

2.

Dated: November 1, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ Michele Beckwith
Michele Beckwith
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

DATED: November 13, 2019

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE